NH

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Israel Nava Arellano,<br>Petitioner,<br>v.<br>David R. Rivas, et al.,<br>Respondents. | No.   CV-25-03397-PHX-JAT (ASB)<br><br>**ORDER** |

On August 11, 2025, self-represented Petitioner Israel Nava Arellano, who is confined in the San Luis Regional Detention Center in San Luis, Arizona, filed a U.S.C. § 2241 Petition for a Writ of Habeas Corpus in the Southern District of California. Petitioner also filed a Motion to Proceed in Forma Pauperis (Doc. 2) and a Motion to Appoint Counsel (Doc. 3). On October 6, 2025, this action was transferred to the District of Arizona.

On December 2, 2025, Assistant Federal Public Defender Keith J. Hilzendeger filed a Motion for Appointment of Counsel (Doc. 9). The Court, in its discretion, will grant the subsequent Motion for Appointment of Counsel, appoint Mr. Hilzendeger to represent Petitioner in this matter, and give counsel 30 days to file an amended § 2241 petition. In addition, the Court will grant Petitioner's Motion to Proceed in Forma Pauperis and deny as moot Petitioner's initial Motion to Appoint Counsel.

. . . .

. . . .

. . . .

**JDDL**

### I.     Motion to Proceed In Forma Pauperis

Petitioner's Motion to Proceed in Forma Pauperis indicates his inmate trust account balance is less than $25.00. (Doc. 2.) Accordingly, the Court will grant Petitioner's Motion to Proceed in Forma Pauperis. *See* LRCiv 3.5(c).

### II.    Motion for Appointment of Counsel

In the Motion for Appointment of Counsel, Mr. Hilzendeger requests the Court appoint counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B). He states Petitioner contacted the Federal Public Defender seeking assistance in litigating his habeas corpus claims, and contends that Petitioner has "shown that he has difficulty articulating his claims pro se." Mr. Hilzendeger cites that Petitioner initially filed his petition in the wrong court, which "suggests that he may not have the literacy skills necessary to articulate his claims for relief on his own." Mr. Hilzendeger further asserts that Petitioner is likely to succeed on his claim that his continued detention in immigration custody violates the Due Process Clause but does not "have the wherewithal to litigate a complex challenge to his indefinite detention by immigration officials on his own from a jail cell where he does not have the documentation necessary to refuse the government's case for continued detention."

The Court, in its discretion, will appoint Assistant Federal Public Defender Keith J. Hilzendeger to represent Petitioner in this action. The Clerk of Court must enter the appearance of Assistant Federal Public Defender Hilzendeger on behalf of Petitioner in this action. Within 30 days from the filing date of this Order, counsel must file an amended § 2241 petition.

**IT IS ORDERED:**

(1)    Petitioner's Motion to Proceed in Forma Pauperis (Doc. 2) is **granted**.

(2)    The Motion for Appointment of Counsel (Doc. 9) is **granted**.

(3)    Assistant Federal Public Defender Keith J. Hilzendeger is appointed to represent Petitioner in this action. The Clerk of Court must enter the appearance of Assistant Federal Public Defender Hilzendeger on behalf of Petitioner in this action.

JDDL

(4) Within **30 days** of the date this Order is filed, counsel must file an amended § 2241 motion.

(5) Petitioner's initial Motion to Appoint Counsel (Doc. 3) is **denied as moot**.

(6) The Clerk of Court must send a copy of this Order to Assistant Federal Public Defender Keith J. Hilzendeger **and** must provide an electronic copy of this Order to Assistant Federal Public Defender Hilzendeger at keith_hilzendeger@fd.org.

Dated this 19th day of December, 2025.

James A. Teilborg
Senior United States District Judge